**Order filed April 28, 2016**



In The
# Fourteenth Court of Appeals

NO. 14-15-00344-CR
14-15-00345-CR
_____

**NAYAJAH  NIYA  DAVIS, Appellant**
**V.**
**THE STATE OF TEXAS, Appellee**

**On Appeal from the 262nd District Court**
**Harris County, Texas**
**Trial Court Cause No. 1412474 & 1412475**

# O R D E R

The clerk's record was filed July 20, 2015. Our review has determined that a relevant item has been omitted from the clerk's record. *See* Tex. R. App. P. 34.5(c). The record does not contain Appellant's Motion for New Trial filed March 27, 2015 and the Order Denying Motion signed April 20, 2015.

The Harris County District Clerk is directed to file a supplemental clerk's record on or before May 6, 2016, containing Appellant's Motion for New Trial filed March 27, 2015 and the Order Denying Motion signed April 20, 2015.

If the omitted item is not part of the case file, the district clerk is directed to file a supplemental clerk's record containing a certified statement that the omitted item is not a part of the case file.

PER CURIAM